# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Liz Ramirez_____ JOINT DEBTOR:_____ CASE NO.:__ 12-23051 AJC_
Last Four Digits of SS# __3704_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.      $__981.49_____ for months __1__ to __36_ in order to pay the following creditors:

Administrative: Attorney's Fee  $__4,800.00_____ TOTAL PAID $ __1,500.00_____
   (Safe Harbor Fees: 3,500.00 plus Home Mortgage Loan Modification 525.00 and Motion to Value Real Property 775.00 total = 4,800.00)
   Balance Due   $__3,300.00_____ payable $ __183.34__/month (Months _1_ to _18_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __American Home Mortgage Servicing____ Arrearage on Petition Date      $
Address:__PO Box 631730_____ Arrears Payment    $_____/month (Months _____ to _____)
   __Irving, TX 75063_ Regular Payment   $ __700.00__/month* (Months __1__ to __36__)
Account No: __0019266774_____

*Estimated payment under HAMP application

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payment | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Real Time Resolutions Inc. (Second Mortgage) | Unit 55, in Building 9, of South Point Cove, a Condominium, according to the Plat thereof, as recorded in Official Records Book 22775 at Page 3595, of the Public Records of Miami Dade County, FL<br><br>a/k/a  12030 SW 268 St., #55, Homestead, FL 33032<br>$ | 0 % | $    0.00 | 0 | $  0.00<br>Lien to be stripped in full. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____     Total Due $ _____
                  Payable   $_____/month  (Months ___ to ___)

Unsecured Creditors:   Pay $__183.34_____/month (Months _1_ to _36_)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:     Debtors are current and will pay direct outside the Plan the following secured creditors:  Chase auto loan #*3309 and Homes of Doral Landings Community Assoc. acct # 1200.

HAMP provisions:
The Debtor has filed an application under the Home Affordable Modification Program ("HAMP") along with all the required documents and HAMP Directive 10-02 with the secured creditor set forth above in paragraph 1 (the "Secured Creditor") which holds the first

mortgage on the Debtor's homestead property (the "Property"). The Secured Creditor shall timely comply with all requirements under HAMP and promptly approve or deny Debtor's HAMP application. The Debtor and Debtor's counsel consent to direct communication with the Secured Creditor for purposes of loss mitigation only.

LF-31 (rev. 01/08/10)

Until acceptance or denial of the HAMP application, any proof of claim filed by the Secured Creditor on the Property shall be held in abeyance as to the regular payment and mortgage arrearage set forth in the proof of claim only.  The Debtor shall assert any and all other objections to the proof of claim.  The Chapter 13 Trustee is directed to pay the trial payment plan (the "TPP") provided in the Chapter 13 Plan (the "Plan"), and not the arrears or regular payment set forth in the proof of claim, until further order of the Court.

In the event the Secured Creditor aproves the Debtor's HAMP application, the Debtor will file evidence of the approval and timely comply with any and all requirements necessary to complete a permanent mortgage modification.

In the event the Debtor elects not to amend or modify the Plan to conform with the Secured Creditor's offer letter or if the HAMP application is denied, the Debtor shall amend or modify the Plan to conform to the Secured Creditor's proof of claim or surrender the Property no later than 30 calendar days following receipt of the Secured Creditor's offer or rejection letter.  If the Property is surrendered, then for confirmation purposes, any secured proof of claim filed by Secured Creditor on the Property shall be deemed treated outside the Plan.

Confirmation of the Plan shall be without prejudice to the assertion of any rights the Secured Creditor had or any objections the Debtor could have asserted prior to the confirmation to address the regular payment or mortgage arrearage set forth in the proof of claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____*s/ Liz Ramirez*_____          _____
Debtor                                   Joint Debtor
Date:_____05/29/12_____                Date: _____

LF-31 (rev. 01/08/10)