**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
\_\_\_Third\_\_\_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Liz Ramirez__          JOINT DEBTOR: _____     CASE NO.: __12-23051 AJC__
Last Four Digits of SS# __3704__          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $__658.28__   for months __1__ to __42__
   B.   $__1,911.56__ for months __43__ to __43__
   C.   $__1,114.46__ for months __44__ to __60__   in order to pay the following creditors:

Administrative: Bankruptcy Attorney's Fee $__9,275.00__ - $__1,500.00__
    (Prior fees 5,850.00 plus MMM 2,500.00 + 400 costs + Motion to Modify 525.00= 9,275.00)
    Balance Due   $__7,775.00__   payable $__103.57__ /month (Months __1__ to __42__)
                                  payable $__859.70__ /month (Months __43__ to __43__)
                                  payable $__150.90__ /month (Months __44__ to __60__)

   Tabas (POC 1)
   Admin Fee $__3,411.51__
   BD $__3,4111.51__       payable $__859.70__ /month (Months __43__ to __43__)
                           payable $__150.11__ /month (Months __44__ to __60__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. __Ocwen Loan Servicing LLC__        Arrearage on Petition Date $____0.00____.
Address: __1661 Worthington Rd, Suite 100__   Regular Payment   $__512.09__ /month  (Months __1__ to __42__)
         __West Palm Beach, FL 33409__
Account No: __7143766652__

1. __Specialized Loan Servicing (formerly Chase)__   Arrearage on Petition Date $____0.00____.
Address: __P.O. Box  636005__                       MMM Payment $__700.00__ /month (Months __44__ to __60__)
         __Littleton, CO  80163__
Account No: __1007644732__
Property: 12695 NW 8 LN, Miami, FL 33182

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payment | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Real Time Resolutions Inc. (Second Mortgage) | Unit 55, in Building 9, of South Point Cove, a Condominium, according to the Plat thereof, as recorded in Official Records Book 22775 at Page 3595, of the Public Records of Miami Dade County, FL<br><br>a/k/a  12030 SW 268 St., #55, Homestead, FL 33032<br>$ 52,140.00 | 0 % | $  0.00 | 0 | $ 0.00<br>Lien to be stripped in full. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____          Total Due $ _____

Unsecured Creditors:   Pay $__72.41__ /month (Months __1__ to __42__)
                       Pay $__1.00__ /month (Months __43__ to __43__)
                       Pay $__2.00__ /month (Months __44__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:      Debtor will treat direct outside the Plan the following secured creditors: Ocwen *6652, Chase auto loan #*3309 and Homes of Doral Landings Community Assoc. acct # 1200.  The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that each year the case is pending the Debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.

<u>MMM language</u>
The Debtor has filed a Verified Motion for Referral to MMM with <u>Specialized Loan Servicing LLC</u> ("Lender"), loan number <u>4732</u>, for real property located at <u>12695 NW 8 LN, Miami, FL  33182</u>.  The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, absent Court order to the contrary, the debtor has included a post-petition monthly plan payment (a) with respect to the debtor's homestead, of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property) and (b) with respect to income producing property, of no less than 75% of the gross income generated by such property, as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.

Until the MMM is completed and the Final Report of Mortgage Modification Mediator is filed, any objection to the lender's proof of claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the proof of claim only. The debtor shall assert any and all other objections to the proof of claim prior to confirmation of the plan or modified plan.

If the debtor, co-obligor/co-borrower or other third party (if applicable) and the lender agree to a settlement as a result of the pending MMM, the debtor will file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Agreement with Lender" (or Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender) no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.
In the event the debtor receives any financial benefit from the lender as part of any agreement, the debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the lender will be considered "treated outside the plan" and the lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

|       _s/ Liz Ramirez_       |                              |
|------------------------------|------------------------------|
| Debtor                       | Joint Debtor                 |
| Date:     01/18/16           | Date:                        |

LF-31 (rev. 01/08/10)