

ORDERED in the Southern District of Florida on August 23, 2017.

A. Jay Cristol, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:
LIZ RAMIREZ,
    Debtor.
_____/

Case No: 12-23051 AJC
Chapter 13

### AGREED ORDER GRANTING MOTION TO ALLOW DEBTOR TO SELL HOMESTEAD PROPERTY

THIS MATTER having come before this Court on this 22nd day of August, 2017 at 9:00 am on the Motion To Allow Debtor to Sell Homestead Property and Debtor's counsel and Secured Creditor's counsel having agreed to the entry of this Order, it is

**ORDERED and ADJUDGED** as follows:

1. The Motion to Allow Debtor to Sell Homestead Property is GRANTED.

2. Debtor is authorized to sell her right, title, and interest in the property located at 12695 NW 8 Ln, Miami, FL 33182 having a legal description:

> **Lot 1, in Block 24 of LAKE POINTE SECTION FOUR, according to the Plat thereof, as recorded in Plat Book 136 at Page 82 of the Public Records of Miami Dade County, Florida.**

3. The sale of the Property is subject to full payoff of the first mortgage lien pursuant to a payoff quote provided by Secured Creditor unless Secured Creditor agrees to a short payoff in writing.

# # #

This Order prepared by:
Law Offices of Samir Masri, 901 Ponce De Leon Blvd., Suite 101, Coral Gables, FL 33134

*Attorney Samir Masri, Esquire, is hereby directed to serve a copy of this order upon all interested parties.